AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Scalia, Antonin | Supreme Court of the U.S. | 05/15/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Associate Justice | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 1/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

Supreme Court of the U.S.
One First Street, N.E.
Washington, D.C. 20543

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisory Board Member | Temple University Law School Program in People's Republic of China |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Duke University - Teaching | $10,000.00 |
| 2. 2011 | Duquesne University - Teaching | $3,000.00 |
| 3. 2011 | Illinois Institute of Technology - Teaching | $5,000.00 |
| 4. 2011 | St. Thomas University - Teaching | $3,900.00 |
| 5. 2011 | University of Rochester - Teaching | $5,000.00 |
| 6. 2011 | West Services, Inc. - Book royalties | $18,755.03 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Cambridge Union Society | March 9 | Cambridge, United Kingdom | Lecture | Transportation, Food, and Lodging |
| 2. | College of St. Francis Xavier - Xavier High School | May 17 | New York, NY | Speech | Transportation, Food, and Lodging |
| 3. | Duke University | July 4-14 | Geneva, Switzerland | Teaching | Transportation, Food, and Lodging |
| 4. | Duquesne University | September 23-24 | Pittsburgh, PA | Teaching | Transportation, Food, and Lodging |

| | | | | | |
|---|---|---|---|---|---|
| 5. | Federalist Society | September 1-2 | Truckee, CA | Lectures | Transportation, Food, and Lodging |
| 6. | Harvard Law School | December 3 | Cambridge, MA | Speech | Transportation, Food, and Lodging |
| 7. | Illinois Institute of Technology | October 18 | Chicago, IL | Teaching | Transportation, Food, and Lodging |
| 8. | Legatus of Baton Rouge | January 5 | Baton Rouge, LA | Speech | Transportation, Food |
| 9. | Mentor Group | September 14-16 | Rome, Italy | Speeches | Transportation, Food, and Lodging |
| 10. | Mississippi Bar | May 20 | Jackson, MS | Speech | Transportation, Food |
| 11. | St. Thomas University | November 15 | Miami Gardens, FL | Teaching | Transportation, Food, and Lodging |
| 12. | Thomas More Lawyers' Guild of Toronto | September 22 | Toronto, Ontario, Canada | Speech | Transportation, Food, and Lodging |
| 13. | Trinity College Dublin | March 10 | Dublin, Ireland | Lecture | Transportation, Food, and Lodging |
| 14. | University of Adelaide | February 2-4 | Adelaide, SA, Australia | Lectures | Transportation, Food, and Lodging |
| 15. | University of Melbourne | February 7-9 | Melbourne, Australia | Lectures | Transportation, Food, and Lodging |
| 16. | University of Rochester | October 22 | Rochester, NY | Teaching | Transportation, Food |
| 17. | University of Zurich | March 6-7 | Zurich, Switzerland | Lecture | Transportation, Food, and Lodging |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | NW Mutual Life Insurance Company | Loan on insurance | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TIAA-CREF | B | Interest | L | T | | | | | |
| 2. Capital One Bank | A | Interest | M | T | | | | | |
| 3. Vanguard Inflation Protected Securities Fund (VIPSX) | C | Dividend | M | T | Sold (part) | 08/25/11 | K | C | |
| 4. Schwab Adv Cash Reserves (Money Market Fund) | A | Dividend | | | Sold | 11/22/11 | M | A | |
| 5. American Funds Bond Fund of America 529F1 (CFAFX) (Y) | | | | | | | | | |
| 6. American Funds Capital World Gr & Inc 529F1 (CWIFX) (Y) | | | | | | | | | |
| 7. American Funds Growth Fund of America 529F1 (CGFFX) | A | Dividend | K | T | Buy (add'l) | 12/30/11 | K | | |
| 8. American Funds Income Fund of Amer 529F1 (CIMFX) (Y) | | | | | | | | | |
| 9. Calvert Global Alt Energy (CAEIX) | | None | | | Sold (part) | 07/20/11 | K | A | |
| 10. | | | | | Sold | 08/23/11 | J | A | |
| 11. Harbor Bond Fund Inst (HABDX) | B | Dividend | L | T | Sold (part) | 08/24/11 | K | A | |
| 12. Ivy Science & Technology (ISTIX) | C | Dividend | K | T | Sold (part) | 02/03/11 | J | C | |
| 13. Keeley Small Cap Value (KSCIX) | | None | | | Sold | 08/23/11 | K | C | |
| 14. Oppenheimer Gold & Prec Metals (OPGSX) | B | Dividend | K | T | Sold (part) | 02/03/11 | J | D | |
| 15. Templeton Global Bond (TGBAX) | C | Dividend | L | T | Buy (add'l) | 02/03/11 | K | | |
| 16. Vanguard Short-Term Bond Fund (VBSSX) | C | Dividend | M | T | Buy (add'l) | 08/25/11 | K | | |
| 17. Vanguard Total Stock Market ETF (VTI) | B | Dividend | L | T | Buy (add'l) | 01/21/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 02/02/11 | K | | |
| 19. Berkshire Hathaway Class B common shares (BRKB) | | None | K | T | | | | | |
| 20. ING Fixed Index Annuity | E | Dividend | N | T | | | | | |
| 21. PIMCO Stocks Plus Short Strategy (PSTIX) | A | Dividend | K | T | Buy | 08/25/11 | K | | |
| 22. SPDR Gold Trust ETF (GLD) | | None | K | T | Sold (part) | 01/31/11 | K | B | |
| 23. | | | | | Buy | 08/31/11 | K | | |
| 24. Wells Fargo High Yield Bond (SHYYX) | C | Dividend | K | T | | | | | |
| 25. Vanguard Energy ETF (VDE) | A | Dividend | K | T | Sold (part) | 02/03/11 | J | C | |
| 26. Vanguard Mid Cap ETF (VO) | A | Dividend | K | T | Sold (part) | 02/03/11 | J | D | |
| 27. Dodge & Cox International Stock (DODFX) | A | Dividend | K | T | | | | | |
| 28. Fidelity Floating Rate High Yield Bond Fund (FFRHX) | B | Dividend | L | T | Buy (add'l) | 01/21/11 | J | | |
| 29. | | | | | Buy (add'l) | 02/03/11 | K | | |
| 30. American Funds AMCAP 529F1 (CAFFX) | A | Dividend | J | T | Buy | 12/30/11 | J | | |
| 31. American Funds Capital World Bond 529F1 (CCWFX) (X) | A | Dividend | J | T | | | | | |
| 32. American Funds EuroPacific Gr 529F1 (CEUFX) (X) | A | Dividend | J | T | | | | | |
| 33. American Funds Interm Bond Fund 529F1(CBOFX) (X) | A | Dividend | J | T | | | | | |
| 34. American Funds Money Mkt Fund 529F1 (FARXX) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American Funds Sh-Tm Bond Fd 529F1 (CFAMX) (X) | A | Dividend | J | T | | | | | |
| 36. American Funds US Govt Sec 529F1 (CGTFX) (X) | A | Dividend | J | T | | | | | |
| 37. American Funds Wash Mutual 529F1 (CWMFX) (X) | A | Dividend | J | T | | | | | |
| 38. Federated Prudent Bear Fund A (BEARX) | | None | J | T | Buy | 08/24/11 | J | | |
| 39. Charles Schwab Cash Sweep Account | A | Interest | M | T | Buy | 11/23/11 | M | | |
| 40. Vanguard MSCI Emerging Markets ETF (VWO) | A | Dividend | J | T | Buy | 07/21/11 | K | | |
| 41. Rental Property, Charlottesville, VA (X) (2008 $165,000) | D | Rent | M | R | | | | | |
| 42. Trust #1 | D | Dividend | O | T | | | | | |
| 43. -BIF Money Fund (cash account) | | | | | | | | | |
| 44. -BlackRock Large Cap Core Fund Instl (MALRX) | | | | | Sold (part) | 01/05/11 | J | A | |
| 45. | | | | | Sold (part) | 11/09/11 | J | A | |
| 46. -BlackRock Global Sm Cap Fund Instl (MAGCX) | | | | | Sold (part) | 01/05/11 | J | A | |
| 47. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 48. -BlackRock Equity Dividend Instl (MADVX) | | | | | Sold (part) | 01/05/11 | J | A | |
| 49. | | | | | Sold (part) | 11/09/11 | J | A | |
| 50. -BlackRock Global Allocation instl (MALOX) | | | | | Sold (part) | 01/05/11 | J | B | |
| 51. | | | | | Sold (part) | 11/09/11 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -BlackRock Core Bond Port Instl (BFMCX) | | | | | Buy (add'l) | 11/09/11 | J | | |
| 53. -BlackRock Capital Appreciation Fund Inc Instl (MAFGX) | | | | | Sold (part) | 01/05/11 | J | A | |
| 54. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 55. -BlackRock Low Duration Bond Instl (BFMSX) | | | | | Sold | 11/09/11 | K | A | |
| 56. -BlackRock Intl Opp Port instl (BISIX) | | | | | Sold (part) | 01/05/11 | J | A | |
| 57. | | | | | Sold | 11/09/11 | K | C | |
| 58. -BlackRock Mid Cap Value Equity Instl (CMVIX) | | | | | Sold (part) | 01/05/11 | J | A | |
| 59. | | | | | Sold | 11/09/11 | K | C | |
| 60. -BlackRock Inflation Protected Bond Inst (BPRIX) | | | | | Buy | 11/09/11 | K | | |
| 61. -BlackRock Strategic Income Opps Inst (BSIIX) | | | | | Buy | 11/09/11 | K | | |
| 62. -BlackRock Dividend Inc Portfolio Inst (BIBDX) | | | | | Buy | 11/09/11 | K | | |
| 63. -BlackRock Mid CapValue Opps Inst (MARFX) | | | | | Buy | 11/09/11 | K | | |
| 64. Trust #2 | D | Dividend | N | T | | | | | |
| 65. -Schwab Adv Cash Reserves (Money Market Fund) | | | | | | | | | |
| 66. -American Funds Capital World Growth & Income F (CWGFX) | | | | | Buy (add'l) | 01/21/11 | J | | |
| 67. | | | | | Sold | 02/07/11 | J | A | |
| 68. -American Funds EuroPacific Growth F (AEGFX) | | | | | Buy (add'l) | 01/21/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | Buy (add'l) | 03/01/11 | J | | |
| 70. | -Berkshire Hathaway Class B common shares (BRKB) | | | | | Buy (add'l) | 01/21/11 | J | | |
| 71. | | | | | | Buy (add'l) | 03/01/11 | J | | |
| 72. | -Calvert Global Alt Energy (CAEIX) | | | | | Buy (add'l) | 01/21/11 | J | | |
| 73. | | | | | | Buy (add'l) | 03/01/11 | J | | |
| 74. | | | | | | Sold (part) | 07/20/11 | J | A | |
| 75. | | | | | | Sold | 08/23/11 | J | A | |
| 76. | -CGM Realty (CGMRX) | | | | | Buy (add'l) | 01/21/11 | J | | |
| 77. | | | | | | Sold (part) | 02/07/11 | J | A | |
| 78. | | | | | | Buy | 03/01/11 | J | | |
| 79. | -Dodge & Cox International Stock (DODFX) | | | | | Buy (add'l) | 03/01/11 | J | | |
| 80. | -EGA Brazil Infrastructure ETF (BRXX) | | | | | Buy (add'l) | 01/21/11 | J | | |
| 81. | | | | | | Sold | 02/07/11 | J | A | |
| 82. | -Fidelity Floating Rate High Yield Bond Fund (FFRHX) | | | | | Buy (add'l) | 1/21/11 | J | | |
| 83. | | | | | | Buy (add'l) | 03/01/11 | J | | |
| 84. | -Harbor Bond Fund Inst (HABDX) | | | | | Buy (add'l) | 02/07/11 | J | | |
| 85. | | | | | | Buy (add'l) | 03/01/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Ivy Science & Technology (ISTIX) | | | | | Buy (add'l) | 01/21/11 | J | | |
| 87. | | | | | Buy (add'l) | 03/01/11 | J | | |
| 88. -Keeley Small Cap Value (KSCIX) | | | | | Buy (add'l) | 01/21/11 | J | | |
| 89. | | | | | Buy (add'l) | 03/01/11 | J | | |
| 90. | | | | | Sold | 08/23/11 | J | A | |
| 91. -Oppenheimer Gold & Prec Metals (OPGSX) | | | | | Buy (add'l) | 03/01/11 | J | | |
| 92. -SPDR Gold Trust ETF (GLD) | | | | | Sold | 03/01/11 | K | A | |
| 93. -Templeton Global Bond (TGBAX) | | | | | Buy (add'l) | 01/21/11 | J | | |
| 94. | | | | | Buy (add'l) | 02/07/11 | J | | |
| 95. | | | | | Buy (add'l) | 03/01/11 | J | | |
| 96. -Vanguard Emerging Market ETF (VWO) | | | | | Buy (add'l) | 01/21/11 | J | | |
| 97. | | | | | Buy (add'l) | 03/01/11 | J | | |
| 98. | | | | | Buy (add'l) | 07/21/11 | J | | |
| 99. -Vanguard Energy ETF (VDE) | | | | | Buy (add'l) | 01/21/11 | J | | |
| 100. | | | | | Buy (add'l) | 03/01/11 | J | | |
| 101. -Vanguard Inflation Protected Securities Fund (VIPSX) | | | | | Buy (add'l) | 01/21/11 | J | | |
| 102. | | | | | Buy (add'l) | 02/07/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 03/01/11 | K | | |
| 104. | | | | | Sold (part) | 08/25/11 | K | A | |
| 105. -Vanguard Mid Cap ETF (VO) | | | | | Buy (add'l) | 01/21/11 | J | | |
| 106. | | | | | Buy (add'l) | 03/01/11 | J | | |
| 107. -Vanguard Short-Term Bond Fund (VBSSX) | | | | | Buy (add'l) | 01/21/11 | J | | |
| 108. | | | | | Buy (add'l) | 02/07/11 | J | | |
| 109. | | | | | Buy (add'l) | 03/01/11 | J | | |
| 110. | | | | | Sold (part) | 05/03/11 | J | A | |
| 111. -Vanguard Total Stock Market ETF (VTI) | | | | | Buy (add'l) | 01/21/11 | J | | |
| 112. | | | | | Buy (add'l) | 02/07/11 | J | | |
| 113. | | | | | Buy (add'l) | 03/01/11 | J | | |
| 114. -Wells Fargo High Yield Bond (SHYYX) | | | | | Buy (add'l) | 01/21/11 | J | | |
| 115. | | | | | Buy (add'l) | 03/01/11 | J | | |
| 116. -Elements Rogers Agri Commodity ETF (RJA) | | | | | Buy | 05/05/11 | J | | |
| 117. -Federated Prudent Bear Fund (BEARX) | | | | | Buy | 08/24/11 | J | | |
| 118. -PIMCO Stocks Plus Short Strategy (PSTIX) | | | | | Buy | 08/25/11 | J | | |
| 119. -c5 SL 1 Limited Partnership | | | | | Buy | 11/10/10 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, Line 2 - Formerly listed as Chevy Chase Bank.

1) Part VII, Line 41 - Converted to rental use in 2011.

2) Part VII, Line 52 - BlackRock Core Bond Port Instl (BFMCX) was formerly listed as BlackRock Bond Portfolio (PNBIX). PNBIX was reorganized by BlackRock into BFMCX on 7/15/2011

4) Part VII, Line 119 - Asset was inadvertently omitted from previous report. Purchased on 11/10/2010, Value Code L.

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Antonin Scalia**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544